# CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE: SEYBERT,J. DATE: 6-15-2005 TIME:11:00

DOCKET NUMBER: CR-02-1426 TITLE: USA-V-

DEFT NAME: JAY BERKMAN DEFT: #1
_X_ PRESENT ___NOT PRESENT ___IN CUSTODY _X_ ON BAIL

ATTY. FOR DEFT.: MAURICE SERCARZ ___C.J.A.
_X_ PRESENT ___NOT PRESENT X RET
___FED.DEF.

DEFT NAME: JED BARON DEFT: #2
_X_ PRESENT ___NOT PRESENT ___IN CUSTODY _X_ ON BAIL

ATTY. FOR DEFT.: BARRY FALLICK ___C.J.A.
_X_ PRESENT ___NOT PRESENT X RET
___FED.DEF.

A.U.S.A. MARK LESKO; JAS. McGOVERN DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: P. AUERBACH

_X_ CASE CALLED. ALL COUNSEL PRESENT.

_X_ DEFTS. _1 & 2_ WITHDRAW NOT GUILTY PLEAS AND ENTER PLEAS OF GUILTY TO COUNT _1_ OF THE SUPERSEDING INDICTMENT.

_X_ COURT FINDS A FACTUAL BASIS FOR THE PLEAS.

_X_ SENTENCE DATE SET FOR 12- 9-2005 AT 11:00AM.

_X_ PROBATION NOTIFIED.

_X_ DEFTS. CONTINUED ON BOND.

_X_ OTHER: DEFENSE MOTIONS [28] AND [31] ARE WITHDRAWN.
JURY SELECTION SCHEDULED FOR 7-18-2005 IS CANCELLED.