CRIMINAL CAUSE FOR SENTENCING (TIME ON BENCH : )

BEFORE: SEYBERT, J. DATE: 10/27/2006 TIME: 2:00

DOCKET NUMBER: CR-02-1426 TITLE: USA-V- BERKMAN

DEFT NAME: JED BARON DEFT: #2
X PRESENT ___NOT PRESENT ___IN CUSTODY X ON BAIL

ATTY. FOR DEFT.: BARRY FALLICK ___C.J.A.
X PRESENT ___NOT PRESENT X RET
___FED.DEF.

A.U.S.A. MARK LESKO DEPUTY CLERK: CHARLES BARAN

U.S.P.O.: ___J. CONNELLY ___J. ENCISO ___L. FAMULARO
___J. FONTI ___G. GIBLIN X J. HOUSER
___E. LoPRIORE ___M. MASSON ___A. TESTA

COURT REPORTER: ___P. AUERBACH ___E. COMBS ___P. LOMBARDI
X S. PICOZZI ___H. RAPAPORT ___M. STEIGER ___R. TOLKIN
___D. TURSI ___O. WICKER

X CASE CALLED FOR SENTENCE. COUNSEL FOR ALL SIDES PRESENT.

X SENTENCE ADJOURNED TO 1/19/2007 AT 2:00PM.

THE DEFENDANT ___REMAINS IN CUSTODY. X REMAINS ON BAIL.
___IS REMANDED.
___SHALL SURRENDER ON / /200 .