CRIMINAL CAUSE FOR SENTENCING (TIME ON BENCH :50)

BEFORE: SEYBERT, J. DATE: 10/19/2007 TIME: 5:00

DOCKET NUMBER: CR-02-1426 TITLE: USA-V- BERKMAN

DEFT NAME: JED BARON DEFT: #2

X PRESENT ___ NOT PRESENT ___ IN CUSTODY X ON BAIL

ATTY. FOR DEFT.: BOBBI STERNHEIM ___ C.J.A.

X PRESENT ___ NOT PRESENT X RET

A.U.S.A. MARK LESKO DEPUTY CLERK: CHARLES BARAN

U.S.P.O.: J. HOUSER

COURT REPORTER: O. WICKER

X CASE CALLED FOR SENTENCE. COUNSEL FOR ALL SIDES PRESENT.

X STATEMENTS OF DEFT AND COUNSEL HEARD.

___ DEFENDANT OBJECTIONS TO THE PSR ARE NOTED.

___ RULINGS RE: GUIDELINES ARE ENTERED ON THE RECORD.

X PSR AND ADDENDA ADOPTED.

___ PSR AND ADDENDA ADOPTED, AS AMENDED.

X GUIDELINES ARE ADOPTED.

___ GUIDELINES ADOPTED, AS AMENDED.

X THE DEFENDANT IS SENTENCED AS FOLLOWS:

X THE DEFENDANT IS SENTENCED TO A PERIOD OF IMPRISONMENT OF 12 MONTHS AND 1 DAY ON COUNT 1, TO BE FOLLOWED BY A PERIOD OF SUPERVISED RELEASE OF 3 YEARS.

X SPECIAL CONDITIONS OF SUPERVISED RELEASE:

X THE DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, OR DESTRUCTIVE DEVICE.

_X_ OTHER: THE DEFENDANT SHALL MAKE FULL FINANCIAL DISCLOSURE TO THE PROBATION DEPT. AND PAY RESTITUTION OF $225,000.00.

THE DEFENDANT IS SUBJECT TO SEARCH OF HIS PERSON AND PROPERTY.

IF NECESSARY, THE DEFENDANT SHALL FILE AMENDED TAX RETURNS AND PAY ANY APPLICABLE TAXES AND PENALTIES DUE.

_X_ THE DEFENDANT SHALL BE FINED THE SUM OF $ 5,000.00.

___ THE FINE SHALL BE WAIVED DUE TO THE DEFENDANT'S INABILITY TO PAY SUCH A FINE.

_X_ SPECIAL ASSESSMENT OF $100 IS IMPOSED ON EACH COUNT FOR A TOTAL ASSESSMENT OF 100.00 .

_X_ THE DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE OF THE GUIDELINES IS HEREBY: DENIED.

_X_ DECISION ENTERED ON THE RECORD.

_X_ ON MOTION OF THE AUSA THE REMAINING COUNT OF THE SUPERSEDING INDICTMENT IS HEREBY DISMISSED.

_X_ THE DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL.

THE DEFENDANT ___REMAINS IN CUSTODY. _X_REMAINS ON BAIL.
___IS REMANDED.
_X_SHALL SURRENDER ON _6/ 2/2008._