**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk, USDC
District of Nevada
333 Las Vegas Blvd S
Las Vegas, NV 89101

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by (*Printed Name*) T. Giesbrecht

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7003 1010 0001 4969 9233

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540